# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. 135, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tracts: RGV-MCS-2020-1, RGV-MCS-2020-2
Owner: Cameron County, Texas
Acres: 7.178

Tract: RGV-MCS-2020-1

**BEING** a 4.207 acre tract (183,273 square feet) parcel of land, more or less, being out of a called 12.08 acre tract, recorded in Instrument No. 1959-3819, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Cameron County, Texas, said 12.08 acre tract of land lies in a part of Tracts 143 and 144-A as shown on the partition map of Los Ejidos de Reynosa Viejo Grant being recorded in Volume 7, Page 5-8 of the Map Records of Hidalgo County (M.R.H.C.), Texas, said 4.207 acre (183,273 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at a found 5/8" rebar with an aluminum cap stamped "TR 370e Cor 9", having a coordinate of N=16599780.594, E=1010022.865, said point being the southwest corner of Tract 144 and the northwest corner of Tract 144-A of said partition map of Los Ejidos de Reynosa Viejo Grant, said point also being the northwest corner of said Cameron County, Texas tract, the northwest corner of the river levee easement (859-H), recorded in Volume 938, Page 51, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America, the southwest corner of the river levee easement (863-H), recorded in Document No. 1957-8879, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, said point also being on the east line of a called 120.071 acre tract, recorded in Document No. 401355, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America (US Fish and Wildlife Service, Tract 370e), said point being S 12°41'04" E, a distance of 2890.27 feet from United States Corps of Engineers Control Point No. H131;

**THENCE:** S 80°42'41" E, along the north line of said Cameron County, Texas tract, the north right of way line of said levee easement (859-H), and the south right of way line of said levee easement (863-H), a distance of 87.70 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6- 1=RGV-MCS-2020-1-2" for the northeast corner of the herein described proposed acquisition tract, said point also being on the riverside toe of a levee;

**THENCE:** S 18°23'01" W, departing the north line of said Cameron County, Texas tract, the north right of way line of said levee easement (859-H) and the south right of way line

## SCHEDULE C (Cont.)

of said levee easement (863-H) and along said toe of levee, a distance of 4.12 feet to an angle point;

**THENCE:** S 42°45'39" W, along said toe of levee, a distance of 77.04 feet to an angle point;

**THENCE:** S 21°48'29" W, along said toe of levee, a distance of 71.92 feet to an angle point;

**THENCE:** S 27°12'38" W, along said toe of levee, a distance of 37.08 feet to an angle point;

**THENCE:** S 37°02'46" W, along said toe of levee, a distance of 34.03 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6- 11=RGV-MCS-2020-1-3" for an angle point;

**THENCE:** S 08°45'55" E, along said toe of levee, a distance of 70.27 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6- 10=RGV-MCS-2020-1-4" for an angle point on said toe of levee;

**THENCE:** S 30°14'57" E, along said toe of levee, a distance of 29.07 feet to an angle point;

**THENCE:** S 30°27'19" E, along said toe of levee, a distance of 64.01 feet to an angle point;

**THENCE:** S 33°08'31" E, along said toe of levee, a distance of 63.86 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6-9=RGV-MCS-2020-1-5" for an angle point;

**THENCE:** N 66°33'03" E, along said toe of levee, a distance of 56.45 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6-8=RGV-MCS-2020-1-6" for an angle point, said point being on the riverside toe of a wall;

**THENCE:** S 39°04'40" E, along said toe of wall, a distance of 129.04 feet to an angle point;

**THENCE:** S 38°57'09" E, along said toe of wall, a distance of 165.38 feet to an angle point;

### SCHEDULE C (Cont.)

**THENCE:** S 39°04'29" E, along said toe of wall, a distance of 152.50 feet to an angle point;

**THENCE:** S 38°40'21" E, along said toe of wall, a distance of 218.73 feet to a point of curvature;

**THENCE** along said toe of wall and along a curve to the left having a radius of 368.05 feet, an arc length of 224.34 feet and a central angle of 34°55'27", with a chord bearing of S 55°39'59" E and a chord distance of 220.89 feet to an angle point;

**THENCE:** S 77°09'26" E, along said toe of wall, a distance of 21.39 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6- 7=RGV-MCS-2020-1-7" for the southeast corner of the herein described proposed acquisition tract, said point being on the east line of said Cameron County, Texas tract and the east line of said levee easement (859-H);

**THENCE:** S 10°22'35" W, along the east line of said Cameron County, Texas tract and the east line of said levee easement (859-H), a distance of 18.16 feet to an angle point, said point being the northwest corner of the river levee easement (860- H), recorded in Volume 892, Page 43, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** S 31°44'37" W, along the east line of said Cameron County, Texas tract, the east line of said levee easement (859-H) and the west line of said levee easement (860-H), a distance of 137.94 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2020-1-8" for the southwest corner of the herein described proposed acquisition tract;

**THENCE** departing the east line of said Cameron County, Texas tract and the east line of said levee easement (859-H) and along a curve to the right having a radius of 518.05 feet, an arc length of 303.10 feet and a central angle of 33°31'20", with a chord bearing of N 55°02'20" W and a chord distance of 298.79 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2020-1- 9" for an angle point;

**THENCE:** N 38°40'21" W, a distance of 217.64 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2020-1-10" for an angle point;

**THENCE:** N 39°00'40" W, a distance of 317.51 feet to a set 5/8" rebar with a "B&F

**SCHEDULE C (Cont.)**

Engineering, Inc." aluminum cap stamped "RGV-MCS-2020-1-11" for an angle point;

**THENCE:** N 38°55'48" W, a distance of 181.07 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2020-1-12" for a point of curvature;

**THENCE** along a curve to the right having a radius of 337.31 feet, an arc length of 306.13 feet and a central angle of 51°59'56", with a chord bearing of N 10°31'37" W and a chord distance of 295.73 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2020-1-13" for an angle point;

**THENCE:** N 22°10'07" E, a distance of 46.23 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2020-1-14", said point being on the west line of said Cameron County, Texas tract, the west line of said river levee easement (859-H) and the east line of said US Fish and Wildlife Tract 370e;

**THENCE:** N 35°12'20" E, along the west line of said Cameron County, Texas tract, the west line of said river levee easement (859-H) and the east line of said US Fish and Wildlife Tract 370e, a distance of 125.40 feet to the **POINT OF BEGINNING** and containing 4.207 acres (183,273 square feet) of land, more or less.

Tract: RGV-MCS-2020-2

**BEING** a 2.971 acre tract (129,399 square feet) parcel of land, more or less, being out of a called 12.08 acre tract, recorded in Instrument No. 1959-3819, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Cameron County, Texas, said 12.08 acre tract of land lies in a part of Tracts 143 and 144-A as shown on the partition map of Los Ejidos de Reynosa Viejo Grant being recorded in Volume 7, Page 5-8 of the Map Records of Hidalgo County (M.R.H.C.), Texas, said 2.971 acre (129,399 square feet) parcel of land being more particularly described as follows;

**COMMENCING** at a found 5/8" rebar with an aluminum cap stamped "TR 370E Cor 9", having a coordinate of N=16599780.594, E=1010022.865, said point being the southwest corner of tract 144 and the northwest corner of tract 144-A of said partition map of Los Ejidos de Reynosa Viejo Grant, said point also being the northwest corner of said Cameron County, Texas tract and the northwest corner of the river levee easement ("859-H"), recorded in Volume 938, Page 51, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America;

## SCHEDULE C (Cont.)

**THENCE:** S 80°42'41" E, along the north line of said Cameron County, Texas tract and the north right of way line of said levee easement ("859-H"), a distance of 87.70 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6-1" for the **POINT OF BEGINNING** and having a coordinate of N=16599766.438, E=1010109.418, said point being the northwest corner of the herein described proposed acquisition tract, said point being S 14°16'42" E, a distance of 2924.22 feet from United States Corps of Engineers Control Point No. H131, said point also being on the landside toe of the levee;

**THENCE:** S 80°42' 41" E, departing said toe of levee and along the north line of said Cameron County, Texas tract and the north right of way line of said levee easement ("859-H"), a distance of 147.29 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6-2" for the northeast corner of the herein described proposed acquisition tract, said point being the northeast corner of said Cameron County, Texas tract and the said levee easement ("859-H"), said point being the southwest corner of a called 3.70 acre tract, recorded in Volume 2628, Page 648, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Apolinar Garza, said point also being the northwest corner of a called 10.26 acre tract, recorded in Document No. 2005-1512917 O.R.H.C., conveyed to Capital Star Oil and Gas, Inc.;

**THENCE:** S 24°28' 37" W, departing the north line of said Cameron County, Texas tract and the north right of way line of said levee easement ("859-H") and along the northwest line of said Capital Star Oil and Gas, Inc. tract and the easterly line of said Cameron County, Texas tract and the easterly line of said levee easement ("859-H"), a distance of 175.73 feet to a found 3" iron pipe filled with concrete designated "RGV-O-4A _6-3" for an angle point;

**THENCE:** S 04°22'44" E, along the southwest line of said Capital Star Oil and Gas, Inc. tract and the easterly line of said Cameron County, Texas tract and the easterly line of said levee easement ("859-H"), a distance of 108.40 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A _6-4" for an angle point;

**THENCE:** S 39°10' 44" E, departing said toe of levee along the southwest line of said Capital Star Oil and Gas, Inc. tract and the easterly line of said Cameron County, Texas tract and the easterly line of said levee easement ("859-H"), a distance of 29.65 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6-5" for an angle point, said point being on the landside toe of the levee;

## SCHEDULE C (Cont.)

**THENCE:** S 20°08'59" W, departing the southwest line of said Capital Star Oil and Gas, Inc. tract and the easterly line of said Cameron County, Texas tract and the easterly line of said levee easement ("859-H") and along said toe of levee, a distance of 26.71 feet to an angle point;

**THENCE:** S 45°55'46" E, along said toe of levee, a distance of 29.62 feet to an angle point;

**THENCE:** S 39°46'55" E, along said toe of levee, a distance of 68.53 feet to an angle point;

**THENCE:** S 38°28'23" E, along said toe of levee, a distance of 178.70 feet to an angle point;

**THENCE:** S 41°25'22" E, along said toe of levee, a distance of 150.77 feet to an angle point;

**THENCE:** S 39°24'17" E, along said toe of levee, a distance of 168.97 feet to an angle point;

**THENCE:** S 44°49'39" E, along said toe of levee, a distance of 99.34 feet to an angle point;

**THENCE:** S 52°44'31" E, along said toe of levee, a distance of 58.44 feet to an angle point;

**THENCE:** S 71°10'39" E, along said toe of levee, a distance of 78.12 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6- 6" for the southeast corner of the herein described proposed acquisition tract, said point being on the east line of said Cameron County, Texas tract and the east line of said levee easement ("859-H");

**THENCE:** S 10°22' 35" W, along the east line of said Cameron County, Texas tract and the east line of said levee easement ("859-H"), a distance of 89.18 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O- 4A_6-7" for the southwest corner of the herein described proposed acquisition tract, said point being on the riverside toe of wall;

## SCHEDULE C (Cont.)

**THENCE:** N 77°09'26" W, departing the east line of said Cameron County, Texas tract and the east line of said levee easement ("859-H") and along said toe of wall, a distance of 21.39 feet to an angle point;

**THENCE:** along the said toe of wall and along a curve to the right having a radius of 368.05 feet and an arc length of 224.34 feet and a central angle of 34°55'27", with a chord bearing of N 55°39'59" Wand a chord distance of 220.89 feet to an angle point;

**THENCE:** N 38°40'21" W, along said toe of wall, a distance of 218.73 feet toan angle point;

**THENCE:** N 39°04'29" W, along said toe of wall, a distance of 152.50 feet to an angle point;

**THENCE:** N 38°57'09" W, along said toe of wall, a distance of 165.38 feet to an angle point;

**THENCE:** N 39°04'40" W, along said toe of wall, a distance of 129.04 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O- 4A_6-8" for an angle point, said point being on the riverside toe of the levee;

**THENCE:** S 66°33'03" W, departing said toe of wall and along said toe of levee, a distance of 56.45 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_6-9" for an angle point on said toe of levee;

**THENCE:** N 33°08'31" W, along said toe of levee, a distance of 63.86 feet to an angle point;

**THENCE:** N 30°27'19" W, along said toe of levee, a distance of 64.01 feet to an angle point;

**THENCE:** N 30°14'57" W, along said toe of levee, a distance of 29.07 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O- 4A_6-10" for an angle point;

**THENCE:** N 08°45'55" W, along said toe of levee, a distance of70.27 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O- 4A_6-11" for an angle point;

## SCHEDULE C (Cont.)

**THENCE:** N 37°02'46" E, along said toe of levee, a distance of 34.03 feet to an angle point;

**THENCE:** N 27°12'38" E, along said toe of levee, a distance of 37.08 feet to an angle point;

**THENCE:** N 21°48'29" E, along said toe of levee, a distance of 71.92 feet to an angle point;

**THENCE:** N 42°45'39" E, along said toe of levee, a distance of 77.04 feet to an angle point;

**THENCE:** N 18°23'01" E, along said toe of levee, a distance of 4.12 feet to the **POINT OF BEGINNING** and containing 2.971 acres (129,399 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)



EASEMENTS

[1] UNITED STATES OF AMERICA EASEMENT
DEED VOL. 938, PG. 51 ("859-H") DRHC

[2] UNITED STATES OF AMERICA EASEMENT
DOC. NO. 1957-8879 ("863-H") DRHC

[3] UNITED STATES OF AMERICA EASEMENT
DEED VOL. 892, PG. 43 ("860-H") DRHC

LEGEND

| | | | |
|---|---|---|---|
| DRHC | DEED RECORDS OF HIDALGO COUNTY | ● | SET 5/8" REBAR W/ "B&F" CAP STAMPED AS NOTED |
| INST. | INSTRUMENT | ⊙ | FOUND MONUMENT AS NOTED |
| NO. | NUMBER | ⊙ CP | CALCULATED POINT |
| ORHC | OFFICIAL RECORDS OF HIDALGO COUNTY | | CONTROL POINT |
| PG. | PAGE | | ACQUISITION AREA BOUNDARY |
| POB | POINT OF BEGINNING | | EXISTING BOLLARD WALL |
| POC | POINT OF COMMENCING | | LEVEE EASEMENT |
| VOL. | VOLUME | PL | PROPERTY LINE |

CAPITAL STAR OIL & GAS INC.
CALLED 10.26 ACRES
DOC. NO. 2005-1512917 ORHC

HERLINDA DE LEON MERCADO — 50%
JUAN MERCADO, II — 12.50%
MARIA GUADALUPE MERCADO THOMAS — 12.50%
ARMANDO MERCADO, JR. — 12.50%
SYLMA MERCADO VARGAS — 12.50%
DOC. NO. 1950-21992
DOC. NO. 1955-11357
DOC. NO. 1955-11358
DOC. NO. 1955-12095

RADIUS: 368.05'
ARC LENGTH: 224.34'
CENTRAL ANGLE: 34°55'27"
CHORD BEARING: S55°39'59"E
CHORD DISTANCE: 220.89'

RADIUS: 518.05'
ARC LENGTH: 303.10'
CENTRAL ANGLE: 33°31'20"
CHORD BEARING: N55°02'20"W
CHORD DISTANCE: 298.79'

100 80 60 40 20 0    50    100

SCALE IN FEET

S77°09'26"E 21.39'

S10°22'35"W 18.16'

METES & BOUNDS SURVEY
CAMERON COUNTY, TEXAS

TRACT No. RGV-MCS-2020-1
STRAWBERRY FARMS GATE

HIDALGO COUNTY                    TEXAS

Drawing Ref. No. SHEET 7 OF 9

US Army Corps of Engineers

ENGINEERING, INC.

## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-MCS-2020-1-1 | 16599780.594 | 1010022.865 |
| RGV-O-4A_6-1= RGV-MCS-2020-1-2 | 16599766.438 | 1010109.418 |
| RGV-O-4A_6-11= RGV-MCS-2020-1-3 | 16599579.057 | 1009991.640 |
| RGV-O-4A_6-10= RGV-MCS-2020-1-4 | 16599509.606 | 1010002.348 |
| RGV-O-4A_6-9= RGV-MCS-2020-1-5 | 16599375.844 | 1010084.351 |
| RGV-O-4A_6-8= RGV-MCS-2020-1-6 | 16599398.309 | 1010136.142 |
| RGV-O-4A_6-7= RGV-MCS-2020-1-7 | 16598751.024 | 1010757.523 |
| RGV-MCS-2020-1-8 | 16598615.854 | 1010681.678 |
| RGV-MCS-2020-1-9 | 16598787.069 | 1010436.803 |
| RGV-MCS-2020-1-10 | 16598956.992 | 1010300.805 |
| RGV-MCS-2020-1-11 | 16599203.708 | 1010100.939 |
| RGV-MCS-2020-1-12 | 16599344.568 | 1009987.158 |
| RGV-MCS-2020-1-13 | 16599635.322 | 1009933.128 |
| RGV-MCS-2020-1-14 | 16599678.133 | 1009950.572 |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPERATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON SEPTEMBER 28, 2018 (TICKET NO. 1877190282).

| | | |
|---|---|---|
| METES & BOUNDS SURVEY CAMERON COUNTY, TEXAS TRACT No. RGV-MCS-2020-1 STRAWBERRY FARMS GATE HIDALGO COUNTY        TEXAS | Mark Description / Date / Appr. | BY DATE |

Drawn RLS 06/19
Checked DWB 06/19
Surveyor JJB 11/18
Fld. Bk. # 18RGVH-72-82

CONTRACT NO.: W9127S14-C-0013
TO.: W9127S18F0111

ENGINEERING, INC
825 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

Drawing Number SHEET 8 OF 9
Ref No.
US Army Corps of Engineers

B&F PROJ: 7-2655-0016    FILE NAME: RGV-MCS-2020-1 DATE: 6/12/19

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-O-4A_6-1 | 16599766.438 | 1010109.418 |
| RGV-O-4A_6-2 | 16599742.665 | 1010254.773 |
| RGV-O-4A_6-3 | 16599582.727 | 1010181.963 |
| RGV-O-4A_6-4 | 16599474.643 | 1010190.239 |
| RGV-O-4A_6-5 | 16599451.662 | 1010208.968 |
| RGV-O-4A_6-6 | 16598838.750 | 1010773.587 |
| RGV-O-4A_6-7 | 16598751.024 | 1010757.523 |
| RGV-O-4A_6-8 | 16599398.309 | 1010136.142 |
| RGV-O-4A_6-9 | 16599375.844 | 1010084.351 |
| RGV-O-4A_6-10 | 16599509.606 | 1010002.348 |
| RGV-O-4A_6-11 | 16599579.057 | 1009991.640 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPERATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON SEPTEMBER 28, 2018 (TICKET NO. 1877190282).



| | METES & BOUNDS SURVEY CAMERON COUNTY, TEXAS | | |
|---|---|---|---|
| Drawing Ref. No. SHEET 8 OF 9 | TRACT No. RGV-MCS-2O2O-2 | | US Army Corps of Engineers |
| | HIDALGO COUNTY          TEXAS | | |

## SCHEDULE D (Cont.)



Tract: RGV-MCS-2020-1, 2020-2
Owner: Cameron County, Texas
Acreage: 7.178

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-MCS-2020-1, 2020-2
Owner: Cameron County, Texas
Acres: 7.178

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Instrument No. 1959-3819, Official Records of Hidalgo County (O.R.H.C.) reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is NINETEEN THOUSAND SIX HUNDRED EIGHTY FIVE DOLLARS AND NO/100 ($19,685.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

# SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States.  See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Cameron County, Texas**<br>1100 East Monroe Street<br>Brownsville, Texas  78520 | **RGV-MCS-2020-1, 2020-2**<br>Condemnation Judgment, Document # 3819;<br>Recorded February 25, 1959, Deed Records<br>of Hidalgo County |