IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff,* § § v. § § 7.178 ACRES OF LAND, MORE OR LESS, § SITUATE IN HIDALGO COUNTY, § STATE OF TEXAS; AND § CAMERON COUNTY, TEXAS § § § § *Defendants.* § | CASE NO. 7:20-CV-179 |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3, Plaintiff, the United States of America, and Defendant, Cameron County, Texas, hereby notify the Court that they have reached a settlement regarding the amount of just compensation to be paid by the United States for its taking of Tracts RGV-MCS-2020-1 & RGV-MCS-2020-2. The parties will file a "Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court for Tracts RGV-MCS-2020-1 & RGV-MCS-2020-2" once the additional funds are deposited into the registry of the Court.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ Dylbia Jefferies Vega (w/ permission)*
**DYLBIA JEFFERIES VEGA**
Attorney in Charge for Defendant
Southern District of Texas No. 17065
Texas Bar No. 00786516
1100 E. Monroe Street
Brownsville, TX 78520
Telephone: (56) 550-1345
Facsimile: (956) 550-1348
E-mail: djefferi@co.cameron.tx.us
Attorney in Charge for Defendant

By: *s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Assistant United States Attorney
Southern District of Texas No. 1571957
Texas Bar No. 24075198
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Neil.Unruh@usdoj.gov
Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, N. Joseph Unruh, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 25th day of November, 2020, a copy of the foregoing was served on the following parties in accordance with the Federal Rules of Civil Procedure.

By: *s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Assistant United States Attorney